[28 NE3d 1181, 5 NYS3d 741]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY MERCADO, Appellant.

Decided March 26, 2015

### APPEARANCES OF COUNSEL

*Robert S. Dean, Center for Appellate Litigation*, New York City (*Claudia Flores* of counsel), for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Allen J. Vickey* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed. The determinations regarding founded suspicion of criminality justifying a request to search the car, and then the trunk, and defendant's consent to a search of the vehicle, all involve mixed questions of law and fact. The determinations are supported by the record, and are beyond further review (*see People v Valerio*, 95 NY2d 924, 925 [2000]).

Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.